IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY CHARLES MURPHY,<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS WILLMORE et al.,<br><br>          Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 1:17-CV-64-CW<br><br>District Judge Clark Waddoups |

   In an Order dated May 11, 2017, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $34.43 and submit a consent to have the remaining fee collected in increments from his/her inmate account.  To date, Plaintiff has done neither.

   IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCiv R 41-2, Plaintiff's complaint is DISMISSED without prejudice.  This case is CLOSED.

   DATED this 19th day of July, 2017.

           BY THE COURT:

           _____
           CLARK WADDOUPS
           United States District Judge